IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSE LUIS RUIZ, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | No. 3:04-CV-1544-K |
| ) | |
| WARDEN K.J. WENDT, ) | |
|     Respondent. ) | |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this _____ day of _____, 2005.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE